IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 109,512

In the Matter of SUSAN L. BOWMAN,
*Respondent.*

ORDER OF DISCHARGE FROM PROBATION

On October 18, 2013, this court suspended the respondent's license to practice law for a period of 12 months. The court ordered that the respondent undergo a reinstatement hearing prior to consideration of reinstatement. See *In re Bowman*, 298 Kan. 231, 310 P.3d 1054 (2013).

Following a reinstatement hearing, on November 24, 2015, this court granted the respondent's petition for reinstatement and reinstated the respondent's license to practice law, subject to a term of probation.

On November 21, 2018, the respondent filed a motion for discharge from probation, along with affidavits demonstrating compliance with the terms of probation. On November 28, 2018, the Disciplinary Administrator filed a response, confirming that the respondent fully complied with the conditions imposed upon her by the court and offering no objection to the respondent's discharge from probation.

This court, having reviewed the motion, the affidavits, and the response of the Disciplinary Administrator, finds that the respondent should be discharged from probation.

IT IS THEREFORE ORDERED that the respondent is discharged from probation and from any further obligation in this matter and this proceeding is closed.

IT IS FURTHER ORDERED that this order shall be published in the Kansas Reports and that the costs herein shall be assessed to the respondent.

Dated this 9th day of January, 2019.